AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>Juan DE LA CRUZ-Santos<br>a/k/a Martire CEDANO-Porie, Santo DE LA CRUZ<br><br>*Defendant(s)* | Case No.  24-589 (M) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 14, 2024 in the county of -- in the ---- District of Puerto Rico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(b)(2) | Reentry of removed alien, subsequent to an aggravated felony conviction. |

This criminal complaint is based on these facts:

See attached affidavit.
Reviewed by: AUSA R. Vance Eaton

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin J. Rodriguez Olan, Border Patrol Agent
*Printed name and title*

Subscribed and sworn pursuant to FRCP 4.1
at 9:38 AM by telephone, this 18th day of June 2024

Date: 6/18/24

*Judge's signature*

City and state: San Juan, Puerto Rico

Hon. Marshal D. Morgan, U.S. Magistrate Judge
*Printed name and title*